IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOLLYE L. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 11-0023-WS-N |
| | ) | |
| VAUGHN REGIONAL MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is hereby ORDERED that this action is DISMISSED without prejudice.

DONE this the 19th day of May, 2011.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE