IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOLLYE L. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-0023-WS-N |
| | ) |
| VAUGHN REGIONAL MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to an order this day entered, it is hereby ORDERED, ADJUDGED and DECREED that judgment be entered in favor of the defendant in the above-styled action. No costs are taxed.

This the 19th day of May, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE